[No. 4318–II.   Division Two.   January 14, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
CHERRY, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR–354, John W. Schumacher, J.,
entered September 28, 1979. *Affirmed* by unpublished
opinion per Petrie, J., concurred in by Reed, C.J., and
Pearson, J.

[No. 4177–II.   Division Two.   January 14, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. EVERETT
VON BODKIN, *Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 79–1–00076–4, Robert J. Doran, J.,
entered June 13, 1979. *Affirmed* by unpublished opinion
per Petrich, J., concurred in by Reed, C.J., and Pearson, J.

[No. 4407–II.   Division Two.   January 14, 1982.]

CYRIL B. FRICK, ET AL, *Appellants,* v. SEQUIM PRAIRIE
DITCH COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 25168, Gerald B. Chamberlin, J.,
entered October 22, 1979. *Affirmed in part* and *reversed in
part* by unpublished opinion per Petrich, A.C.J., concurred
in by Pearson and Petrie, JJ.